# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA ERNEST BAHR,<br><br>    Defendant. | No. 06-CR-47-LRR<br><br>**ORDER** |

On January 9, 2018, this matter came on for a preliminary hearing on a Petition to Revoke Supervision (Doc. 61), and a hearing on the Government's request to have defendant detained pending a revocation hearing. The Government was represented by Assistant United States Attorney Emily Nydle. Defendant appeared personally and was represented by his attorney, F. David Eastman.

For the reasons stated by the Court on the record at the time of hearing, the Court: (1) **finds probable cause** to believe defendant violated the conditions of release as alleged in the Petition to Revoke Supervision (Doc. 61); and (2) **grants** the government's request for detention. Defendant shall be detained and remain in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for January 24, 2018, before the Honorable Linda R. Reade.

**IT IS SO ORDERED** this 9th day of January, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa